UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EYMARD DIAZ-GONZALEZ, *Petitioner* | § § § | |
| v. | § § | Case No. SA-26-CA-00151-XR |
| PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI LYNN NOEM, SECRETARY OF HOMELAND SECURITY; SYLVESTER M. ORTEGA, SAN ANTONIO ACTING FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND CHARLOTTE COLLINS, WARDEN, T. DON HUTTO DETENTION CENTER; *Respondents* | § § § § § § § § § § § § § | |

## **TRANSFER ORDER**

Petitioner brought this habeas petition under 28 U.S.C. Section 2241 to challenge his detention at the T. Don Hutto Detention Center, which is located in Taylor, Texas. ECF No. 1 at 3–4. Taylor is in Williamson County, which is located in the Austin Division of the Western District of Texas.[1] Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody." Local Rule CV-3(b).

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The undersigned

---

[1] Local Court Rules for United States District Court for the Western District of Texas, at vii, available at https://www.txwd.uscourts.gov/wp-content/uploads/2025/09/TXWD%20Local%20Rules%20Full%20Copy%20090225.pdf.

1

finds that for the convenience of the parties and witnesses, and in the interest of justice, this case should be transferred to the Austin Division of the Western District of Texas.

It is therefore **ORDERED** that this case shall be **TRANSFERRED** to the Austin Division of the Western District of Texas.

It is so **ORDERED**.

**SIGNED** this 14th day of January, 2026.

                    XAVIER RODRIGUEZ
                    UNITED STATES DISTRICT JUDGE